**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Malcolm Wayne HUNTER, Defendant-Appellant.**

**No. 72–1716**

**Summary Calendar.\***

United States Court of Appeals, Fifth Circuit.

Sept. 6, 1972.

Charles A. Sullivan, Vero Beach, Fla., Alton S. Beasley, Stuart, Fla. (Court appointed), for defendant-appellant.

Robert W. Rust, U. S. Atty., George A. Kokus, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

We have carefully considered appellant's contentions that there was insufficient evidence to support his conviction for attempted escape, 18 U.S.C.A. § 751(a), that he was denied his constitutional right to a speedy trial, and that the trial court erred in excluding certain testimony and in denying a motion for a new trial based on newly discovered evidence. We find all these contentions to be without merit.

Affirmed.

York, 431 F.2d 409, Part I (5th Cir. 1970).